UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cleo Hatch,

        Plaintiff,

        v.

Experian Information Solutions, LLC,
Equifax Information Services, LLC,
and Trans Union, LLC,

        Defendants.

_____

Case No. 2:26-cv-10843-LVP-DRG
Hon.  Linda V. Parker
Mag.  Judge David R. Grand

## **APPEARANCE OF ALEXIS DESAUTEL**

PLEASE TAKE NOTICE that Alexis Desautel, Esq. of the law firm of

Goodwin Procter LLP, hereby appears as counsel for Defendant Experian

Information Solutions, Inc., in the above-referenced action.

Dated: June 18, 2026

Respectfully submitted,
GOODWIN PROCTER LLP
/s/ *Alexis Desautel*
Alexis Desautel
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
ADesautel@goodwinlaw.com

*Counsel for Defendant Experian*
*Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's electronic filing system which will send notification of such filing to counsel in this matter registered with the Court's electronic filing system.


Dated: June 18, 2026

/s/ *Alexis Desautel*
Alexis Desautel