**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| CLEO HATCH,<br><br>      Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br><br>      Defendant. | Case No. 2:26-cv-10843<br><br><br>District Judge Linda V. Parker<br>Magistrate Judge David R. Grand |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests that the Court grant William Jermyn of Jones Day leave to withdraw as counsel for Experian.  Going forward, Alexis Desautel of Goodwin Procter LLP will serve as counsel for Experian.

Pursuant to Local Rule 7.1, counsel for Experian contacted counsel for Plaintiff to explain the nature of this motion and seek concurrence in the relief sought.  Plaintiff's counsel does not oppose this motion.

WHEREFORE, Experian respectfully requests that this Court enter an order allowing William Jermyn to withdraw as counsel for Experian Information Solutions, Inc. and terminating him from the docket and ECF notifications in this case.

1

Dated: June 23, 2026

Respectfully submitted,

_William A. Jermyn_
William A. Jermyn
**JONES DAY**
150 W. Jefferson, Suite 2100
Detroit, Michigan 48226
Phone: (313) 230-7995
Email: wjermyn@jonesday.com
_Attorney for Defendant_
_Experian Information Solutions, Inc._

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing and effectuate service upon all counsel of record.

Dated: June 23, 2026

/s/ *Wiliam A. Jermyn*
William A. Jermyn