## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

CLEO HATCH,

     Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

     Defendant

Case No. 2:26-cv-10843

District Judge Linda V. Parker
Magistrate Judge David R. Grand

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL (W. JERMYN)

This matter is before the Court upon the Motion of Defendant Experian Information Solutions, Inc. ("Experian") to grant William Jermyn of Jones Day leave to withdraw as counsel for Experian in the above-captioned case.

Having reviewed the submissions of the parties, and for good cause shown, the Court hereby ORDERS that the Motion be granted.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 23, 2026