## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CLEO HATCH, | Case No.: 2:26-cv-10843 |
| Plaintiff, | |
| v. | Honorable Linda V. Parker |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Cleo Hatch ("Plaintiff") and Defendant Experian Information Solutions, Inc, have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution.  The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Experian Information Solutions, Inc.

RESPECTFULLY SUBMITTED on June 26, 2026

By: /s/ Adam Hubbi
Adam Hubbi, CA #359827
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

*Attorney for Plaintiff, Cleo Hatch*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

*/s/ Amanda Dakroub*